UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ADAM DAVID LEE, | ) | |
| | ) | |
| v. | ) | 1:22-cv-00258-JAW |
| | ) | |
| RIVERVIEW PSYCHIATRIC | ) | |
| CENTER | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 19, 2022 (ECF No. 7), the Court accepts the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

Accordingly, it is ORDERED that the Recommended Decision (ECF No. 7) of the Magistrate Judge be and hereby is AFFIRMED, and the Court DISMISSES the Petition for Writ of Habeas Corpus (ECF No. 1). The Court denies a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2022